JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE COLE,<br><br>　　　　Plaintiff,<br>vs.<br><br>14333 INGLEWOOD LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendant. | **Case No.: 2:18-cv-09421-RGK-GJS**<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 5, 2018<br>Trial Date:　March 10, 2020 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Katherine Cole's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against 14333 Inglewood LLC, a California Limited Liability Company ("Defendant").

Dated: January 9, 2020

　　　　　　　　　　　　　　　　　　*/s/ Gary Klausner*
　　　　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　　　Judge, United States Court
　　　　　　　　　　　　　　　　　　Central District of California

1
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE